Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HURT<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3<br>Defendants | Case No. 2:17-cv-1122-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO MOTION TO DISMISS [ECF 19]**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 24 |

Defendant Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3 (hereinafter "Deutsche Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Plaintiff, Edward Hurt ("Hurt"), by and through his attorney of record, Allison R. Schmidt, Esq. of the law firm of Allison R. Schmidt, Esq. LLC, and hereby STIPULATE AND AGREE to extend the deadline for Hurt to file his response to Deutsche Bank's Motion to Dismiss, currently due September 22, 2017, by 17 days, to **October 9, 2017**.

The extension is requested as Hurt is gathering facts necessary to respond to the Motion. Additionally, the parties are engaged in ongoing settlement discussions.

1

This is the parties first request for an extension of this deadline, mage in good faith, and not for the purposes of prejudice or delay.

| DATED this 22nd day of Sept, 2017.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ *Lindsay D. Robbins, Esq.*<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>Phone: (702) 475-7964<br>Fax: (702) 946-1345<br>*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3* | DATED this 22nd day of Sept, 2017.<br>ALLISON R. SCHMIDT ESQ. LLC<br><br>/s/ *Allison R. Schmidt, Esq.*<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. SAHARA AVE.<br>Suite 111-504<br>Las Vegas, Nevada 89117<br>Phone: (702) 387-7222<br>Fax: (702) 387-7222<br>Email: Allison@nevadaslawyers.com<br><br>*Attorney for plaintiff* |
|---|---|

**ORDER**

IT IS SO ORDERED.

DATED 9/22/17

_____
DISTRICT COURT JUDGE