Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HURT<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3<br>Defendants | Case No. 2:17-cv-1122-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3 (hereinafter "Deutsche Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Plaintiff, Edward Hurt ("Hurt"), by and through his attorney of record, Allison R. Schmidt, Esq. of the law firm of Allison R. Schmidt, Esq. LLC, and hereby STIPULATE AND AGREE that, in order to investigate and confirm to accuracy of allegations added to plaintiff's first amended complaint, the parties agree to extend the deadline for Hurt to file his amend complaint, currently due November 9 2017, by 7 days, to **November 16, 2017**

. . .

1 | This is the parties first request for an extension of this deadline, made in good
2 | faith, and not for the purposes of prejudice or delay.

| DATED this 9th day of Nov., 2017.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Lindsay D. Robbins, Esq.<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>Phone: (702) 475-7964<br>Fax: (702) 946-1345<br>*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3* | DATED this 9th day of Nov., 2017.<br>ALLISON R. SCHMIDT ESQ. LLC<br><br>/s/ Allison R. Schmidt, Esq.<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. SAHARA AVE.<br>Suite 111-504<br>Las Vegas, Nevada 89117<br>Phone: (702) 387-7222<br>Fax: (702) 387-7222<br>Email: Allison@nevadaslawyers.com<br><br>*Attorney for plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED 11/13/2017

_____
UNITED STATES DISTRICT JUDGE