WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HURT,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3,<br><br>Defendant. | Case No.: 2:17-cv-01122-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEUTSCHE BANK TO FILE ITS RESPONSE TO THE AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff, Edward Hurt (hereinafter "Hurt"), by and through its attorney of record, Allison R. Schmidt, Esq. of the law firm of Allison R. Schmidt, Esq. LLC, and Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3 (hereinafter "Deutsche Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, that the parties agree to extend the deadline for Deutsche Bank to file its Response to Plaintiff's Amended Complaint until **January 3, 2018**.

/././

/././

| | | |
|---|---|---|
| 1 | Counsel for Deutsche Bank requests additional time to respond to the Amended Complaint in | |
| 2 | order to review the additional allegations and voluminous exhibits. This is the parties' first request for | |
| 3 | an extension and is not intended to cause any delay or prejudice to any party. | |
| 4 | IT IS SO STIPULATED. | |

DATED this 30th day of November 2017.  DATED this 30th day of November, 2017.

**ALLISON R. SCHMIDT ESQ. LLC**   **WRIGHT, FINLAY & ZAK, LLP**

*/s/ Allison R. Schmidt, Esq.*   */s/ Lindsay D. Robbins, Esq.*
Allison R. Schmidt, Esq.   Dana Jonathon Nitz, Esq.
Nevada Bar No. 10743   Nevada Bar No. 0050
8465 W. Sahara Ave.   Lindsay D. Robbins, Esq.
Suite 111-504   Nevada Bar No. 13474
Las Vegas, Nevada 89117   7785 W. Sahara Ave., Suite 200
Phone: (702) 387-7222   Las Vegas, Nevada 89117
Fax:    (702) 387-7222   Phone: (702) 475-7964
*Attorneys for Plaintiff, Edward Hurt*   Fax:    (702) 946-1345
*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3*

## ORDER

**IT IS SO ORDERED.**

Dated December 1, 2017

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant*