WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HURT,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3,<br><br>    Defendant. | Case No.: 2:17-cv-01122-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEUTSCHE BANK TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff, Edward Hurt (hereinafter "Hurt"), by and through its attorney of record, Allison R. Schmidt, Esq. of the law firm of Allison R. Schmidt, Esq. LLC, and Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3 (hereinafter "Deutsche Bank"), by and through its attorneys of record, Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, that, in order to further review the points and authorities cited by Hurt in its Opposition to Deutsche Bank's Motion to Dismiss and provide a complete response, the parties agree to extend the deadline for Deutsche Bank to file its Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint, by 30 days, to **March 23, 2018**.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 15th day of February, 2018.        DATED this 15th day of February, 2018.

**ALLISON R. SCHMIDT ESQ. LLC**               **WRIGHT, FINLAY & ZAK, LLP**

*/s/ Allison R. Schmidt, Esq.*                */s/ Lindsay D. Robbins, Esq.*
Allison R. Schmidt, Esq.                      Lindsay D. Robbins, Esq.
Nevada Bar No. 10743                          Nevada Bar No. 13474
8465 W. Sahara Ave.                           7785 W. Sahara Ave., Suite 200
Suite 111-504                                 Las Vegas, Nevada 89117
Las Vegas, Nevada 89117                       Phone: (702) 475-7964
Phone: (702) 387-7222                         Fax:   (702) 946-1345
Fax:   (702) 387-7222                         *Attorneys for Defendant, Deutsche Bank*
*Attorneys for Plaintiff, Edward Hurt*        *National Trust Company, as Trustee for IXIS*
                                              *Real Estate Capital Trust 2005-HE3 Mortgage*
                                              *Pass Through Certificates, Series 2005-HE3*

## ORDER

**IT IS SO ORDERED.**

Dated: March 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendant*