WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HURT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR IXIS REAL ESTATE CAPITAL TRUST 2005-HE3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-HE3,<br><br>　　　　Defendant. | Case No.: 2:17-cv-01122-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEUTSCHE BANK TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff, Edward Hurt (hereinafter "Hurt"), by and through its attorney of record, Allison R. Schmidt, Esq. of the law firm of Allison R. Schmidt, Esq. LLC, and Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3 (hereinafter "Deutsche Bank"), by and through its attorneys of record, Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, that, in order to further review the points and authorities cited by Hurt in its Opposition to Deutsche Bank's Motion to Dismiss and provide a complete response, the parties agree to extend the deadline for Deutsche Bank to file its Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint, by 30 days, to **April 23, 2018**.

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| DATED this 22nd day of March, 2018. | DATED this 22nd day of March, 2018. |
|---|---|
| **ALLISON R. SCHMIDT ESQ. LLC** | **WRIGHT, FINLAY & ZAK, LLP** |
| */s/ Allison R. Schmidt, Esq.* | */s/ Lindsay D. Robbins, Esq.* |
| Allison R. Schmidt, Esq. | Lindsay D. Robbins, Esq. |
| Nevada Bar No. 10743 | Nevada Bar No. 13474 |
| 8465 W. Sahara Ave. | 7785 W. Sahara Ave., Suite 200 |
| Suite 111-504 | Las Vegas, Nevada 89117 |
| Las Vegas, Nevada 89117 | Phone: (702) 475-7964 |
| Phone: (702) 387-7222 | Fax: (702) 946-1345 |
| Fax: (702) 387-7222 | *Attorneys for Defendant, Deutsche Bank National Trust Company, as Trustee for IXIS Real Estate Capital Trust 2005-HE3 Mortgage Pass Through Certificates, Series 2005-HE3* |
| *Attorneys for Plaintiff, Edward Hurt* | |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 5, 2018.

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
*Attorneys for Defendant*